UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

THERESA ANN SAYLOR, TED SAYLOR,

      Plaintiffs,

v.                                                          Case No.  5:06-cv-110-Oc-10GRJ

WYETH f/k/a American Home Products
Corporation a/k/a Wyeth, Inc., AMERICAN
HOME PRODUCTS, INC., AHP
SUBSIDIARY HOLDING COMPANY, a
division of Wyeth f/k/a Wyeth-Ayerst
Laboratories Company, WYETH
PHARMACEUTICALS, a division of Wyeth
f/k/a Wyeth-Ayerst Pharmaceuticals, Inc. f/k/a
Ayerst Laboratories, Inc. a/k/a Wyeth
Pharmaceuticals, Inc.,  WYETH-AYERST
PHARMACEUTICALS, INC.,

      Defendants.
_____

<u>ORDER</u>

      Upon due consideration of the Conditional Remand Order entered In re:

PremPro Products Liability Litigation pending before the United States Judicial Panel

on MultiDistrict Litigation, Case No. MDL 1507 the Court enters this Order sua sponte.

(Doc. 8).

      (1)  Within 14 days from the rendition of this Order, counsel for the parties shall

file complete copies of the Practice and Procedure Orders, including amendments,

entered by the United States District Court for the Eastern District of Arkansas,

Western Division in Case No. 4:03-cv-1507-BRW.

      (2)  Within 14 days from the rendition of this Order, counsel for the Plaintiffs

shall file complete copies, including any amendments, of the Fact Sheets for Plaintiffs,

previously filed in the United States District Court for the Eastern District of Arkansas, Western Division in Case No. 4:03-cv-1507-BRW.

(3) Within 21 days from the rendition of this Order, counsel for the parties shall confer and notify the Court in writing that they are prepared to engage in a telephonic case management conference with the Court to establish the case management schedule for this case.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on June 4, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel